[No. 66534-1-I.   Division One.   March 26, 2012.]

CAROLA WASHBURN ET AL., *Individually and on Behalf of the Estate of Baerbel K. Roznowski, Respondents*, v. THE CITY OF FEDERAL WAY, *Appellant*.

The opinion in the above captioned case, which appeared in the advance sheets at 167 Wn. App. 402-31, will not be published in the permanent bound volume pursuant to an order of the Court of Appeals dated July 23, 2012 denying reconsideration, withdrawing the opinion, and substituting a new opinion. See 169 Wn. App. 588.